# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00189-CV

Hunt County Community Supervision and Corrections Department, Appellant

v.

Christina Gaston, Appellee

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-11-003857, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on December 4, 2014, is hereby withdrawn.

It is ordered on December 5, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose